\*\* E-filed August 26, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH S. BAILEY,<br><br>    Plaintiff,<br><br>  v.<br><br>KRIS NARAYAN, et al.,<br><br>    Defendants.<br>_____/ | No. C11-03389 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

This civil case was randomly assigned to this Court for all purposes including trial. On August 4, 2011, Defendants filed a motion to dismiss. Docket No. 6. On August 10, 2011, pursuant to this District's Civil Local Rule 73-1, this Court instructed all parties who had not done so to file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge, no later than August 22, 2011. Docket No. 7. Since neither Plaintiff nor Defendant Langhaw has done so, this Court ORDERS the Clerk of the Court to reassign this case to a district court judge. All current dates and deadlines, including the September 20, 2011 hearing on Defendants' motion, are VACATED.

**IT IS SO ORDERED.**

Dated: August 26, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-03389 HRL Notice will be electronically mailed to:**

Elaine Lucy Morinelli    elainesmylawyer@comcast.net

**Notice will be mailed to:**

Kenneth S. Bailey
5201 Great America Parkway
Suite 320
Santa Clara, CA 95054

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**