Brett Smith, - Bar No. 264028
1600 Golden Gate Ave, Ste. 21
San Francisco, CA 94115
Tel: (415) 439- 9877
Fax: (415) 901- 6581

*IT IS SO ORDERED*
*Judge Edward J. Davila*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

1/12/2012

| | |
|---|---|
| KENNETH S. BAILEY, an individual, | Case No. 11-cv-03389-EJD |
| Plaintiffs | **SUBSTITUTION OF COUNSEL** |
| v. | |
| KRIS NARAYAN, TONYA LANGHAW, Aka Tonya Narayan and Does 1-100, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiff Kenneth S. Bailey hereby substitutes Brett Smith as his attorney of record in this action in place of himself.

All pleadings, orders and notices should henceforth be served upon Brett Smith, 1600 Golden Gate Ave, Ste 21, San Francisco, California 94115, telephone number (415) 439-9877, facsimile number (415) 901-6581.

Dated: 1/9/12

Brett Smith

I consent to the above substitution of counsel.

Dated: 1/6/12

Kenneth S. Bailey