Brett Smith, - Bar No. 264028
1600 Golden Gate Ave, Ste. 21
San Francisco, CA 94115
Tel: (415) 439- 9877
Fax: (415) 901- 6581

*IT IS SO ORDERED*
*Judge Edward J. Davila*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

1/12/2012

| | |
|---|---|
| KENNETH S. BAILEY, an individual, | Case No. 11-cv-03389-EJD |
| Plaintiffs | **SUBSTITUTION OF COUNSEL** |
| v. | |
| KRIS NARAYAN, TONYA LANGHAW, Aka Tonya Narayan and Does 1-100, inclusive, | |
| Defendants. | |

1  PLEASE TAKE NOTICE that Plaintiff Kenneth S. Bailey hereby substitutes
2  Brett Smith as his attorney of record in this action in place of himself.
3  All pleadings, orders and notices should henceforth be served upon Brett
4  Smith, 1600 Golden Gate Ave, Ste 21, San Francisco, California 94115,
5  telephone number (415) 439-9877, facsimile number (415) 901-6581.

Dated: 1/9/12

_____
Brett Smith

I consent to the above substitution of counsel.

Dated: 1/6/12

_____
Kenneth S. Bailey