Brett Smith, - Bar No. 264028
1600 Golden Gate Ave, Ste. 21
San Francisco, CA 94115
Tel: (415) 439- 9877
Fax: (415) 901- 6581
Attorney for Plaintiff

**IT IS SO ORDERED**
*Judge Edward J. Davila*
3/28/2012

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

CROSSXCHECK, INC., a California Corporation; and KENNETH S. BAILEY, an individual,

    Plaintiffs

v.

KRIS NARAYAN, an individual; KEVIN MOORE, an individual; ERIC MILLER, an individual; TONYA LANGHAW, an individual; and JOY MACKALL, an individual, and DOES 1-11, inclusive,

    Defendants.

Case No. 11-cv-03389-EJD

**STIPULATION TO DISMISSAL OF DEFENDANT KRIS NARAYAN BY KENNETH BAILEY AND CROSSXCHECK**

Pursuant to the attached agreement and FRCP 41(a)(1)(A)(ii), Kenneth Bailey, CrossXCheck, and Kris Narayan stipulate and agree to release each other from all claims in this case (11-cv-03389-EJD) with prejudice.

Dated:

_____
Brett Smith – Attorney for CrossXCheck and Kenneth Bailey

Dated:

_____
Kris Narayan