**IT IS SO ORDERED**
[Signature]
Judge Edward J. Davila
3/28/2012

Brett Smith, - Bar No. 264028
1600 Golden Gate Ave, Ste. 21
San Francisco, CA 94115
Tel: (415) 439- 9877
Fax: (415) 901- 6581
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CROSSXCHECK, INC., a California Corporation; and KENNETH S. BAILEY, an individual, <br><br> Plaintiffs <br><br> v. <br><br> KRIS NARAYAN, an individual; KEVIN MOORE, an individual; ERIC MILLER, an individual; TONYA LANGHAW, an individual; and JOY MACKALL, an individual, and DOES 1-11, inclusive, <br><br> Defendants. | Case No. 11-cv-03389-EJD <br><br> **STIPULATION TO DISMISSAL OF DEFENDANT KRIS NARAYAN BY KENNETH BAILEY AND CROSSXCHECK** |

1

Pursuant to the attached agreement and FRCP 41(a)(1)(A)(ii), Kenneth Bailey, CrossXCheck, and Kris Narayan stipulate and agree to release each other from all claims in this case (11-cv-03389-EJD) with prejudice.

Dated:

_____
Brett Smith – Attorney for CrossXCheck and Kenneth Bailey

Dated:

_____
Kris Narayan