1 | Brett Smith, - Bar No. 264028
2 | 1600 Golden Gate Ave, Ste. 21
3 | San Francisco, CA 94115
  | Tel: (415) 439- 9877
4 | Fax: (415) 901- 6581
  | Attorney for Plaintiff



3/28/2012

6  IN THE UNITED STATES DISTRICT COURT

7  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  ) Case No. 11-cv-03389-EJD
12  CROSSXCHECK, INC., a California )
    Corporation; and KENNETH S. BAILEY, )
13  an individual, ) **NOTICE OF DISMISSAL**
    ) **FOR DEFENDANT TONYA**
14  ) **LANGSHAW**
15  )
16      Plaintiffs )
17  v. )
18  )
    KRIS NARAYAN, an individual; KEVIN )
19  MOORE, an individual; ERIC MILLER, an)
    individual; TONYA LANGHAW, an )
20  individual; and JOY MACKALL, an )
    individual, and DOES 1-11, inclusive, )
21  )
22      Defendants. )

1

1  Pursuant to the attached agreement and FRCP 41(a)(1)(A)(i), Plaintiffs
2
3  Kenneth Bailey and CrossXCheck, Inc. hereby give their Notice of Dismissal For
4  Defendant Tonya Langshaw with prejudice.
5
6  Dated: March 20, 2012
7
8  _____
9  Brett Smith