Brett Smith, - Bar No. 264028
1600 Golden Gate Ave, Ste. 21
San Francisco, CA 94115
Tel: (415) 439- 9877
Fax: (415) 901- 6581
Attorney for Plaintiff

**IT IS SO ORDERED**
Judge Edward J. Davila
3/28/2012

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CROSSXCHECK, INC., a California Corporation; and KENNETH S. BAILEY, an individual, <br><br> Plaintiffs <br><br> v. <br><br> KRIS NARAYAN, an individual; KEVIN MOORE, an individual; ERIC MILLER, an individual; TONYA LANGHAW, an individual; and JOY MACKALL, an individual, and DOES 1-11, inclusive, <br><br> Defendants. | Case No. 11-cv-03389-EJD <br><br> **NOTICE OF DISMISSAL FOR DEFENDANT TONYA LANGSHAW** |

1

Pursuant to the attached agreement and FRCP 41(a)(1)(A)(i), Plaintiffs Kenneth Bailey and CrossXCheck, Inc. hereby give their Notice of Dismissal For Defendant Tonya Langshaw with prejudice.

Dated: March 20, 2012

_____
Brett Smith