United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH S. BAILEY, et. al., | CASE NO. 5:11-cv-03389 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| KEVIN MOORE, et. al., | |
| Defendant(s). | |

On January 31, 2012, Plaintiffs Kenneth S. Bailey and Crossxcheck, Inc. ("Plaintiffs") filed a First Amended Complaint ("FAC") against Defendants Kris Narayan, Kevin Moore, Eric Miller, Tonya Langhaw and Joy Mackall. See Docket Item No. 25. Narayan and Langhaw were subsequently dismissed, leaving only Moore, Miller and Mackall as defendants. See Docket Item Nos. 35, 36.

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

More than 120 days have elapsed since Plaintiffs filed the complaint. Thus, Plaintiffs shall, no later than June 20, 2012, show cause in writing why they have failed to: (1) file documents to show proof of service of the Summons and FAC on Moore, Miller and Mackall; and (2) accomplish

1  service of the Summons and FAC on the aforementioned defendants within 120 days of filing the
2  FAC.  No hearing will be held on the order to show cause unless otherwise ordered by the Court.
3      Plaintiffs are notified that the court will dismiss any unserved defendants or this action in its
4  entirety if Plaintiffs fail to comply with this order or otherwise fail to show good cause as directed
5  above.
6  **IT IS SO ORDERED.**

Dated:  June 5, 2012



EDWARD J. DAVILA
United States District Judge

CASE NO. 5:11-cv-03389 EJD
ORDER TO SHOW CAUSE

2